John Hadraba et al., Appellees, v. Sanitary District of Chicago, Appellant.

Gen. No. 41,374.

opinion filed April 15, 1941. Ernst Buehler, Louis I. Fisher and Richard R. Mladic, for appellant; Maurice L. Davis and David A. Livingston, for appellees; Maurice L. Davis, of counsel. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''

Alice Friesser and Julius Friesser, Appellees, v. Reynolds and Reynolds Company, Appellant.

Gen. No. 41,388.

opinion filed April 15, 1941; rehearing denied May 5, 1941. Taylor, Miller, Busch & Boyden, for appellant; James J. Magner, Charles R. Sprowl and Donald C. McKinlay, of counsel; John A. Bloomingston, for appellees. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''